No. 65, Orig.   TEXAS v. NEW MEXICO.   Report of the Special Master received and ordered filed.   Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Replies thereto, with supporting briefs, may be filed within 30 days.   Request of the Special Master to be discharged is granted, and it is ordered that the Honorable Jean Sala Breitenstein is dis-

charged as Special Master in this case. [For earlier decision herein, see, *e. g.*, 462 U. S. 554.]